# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN MANN for MIRANDA A. JOHNS, ) <br> ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE BARNHART, Commissioner ) <br> of Social Security, ) <br> ) <br>     Defendant. ) | No.   04-CV-17-JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court on plaintiff's application for disability insurance benefits, and the Court having rendered a decision;

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision to deny plaintiff's applications for disability insurance benefits is **AFFIRMED**.

**DATE: February 13, 2006**

                                              **NORBERT G. JAWORSKI, CLERK**

                                              **By: s/ Judith Prock**
                                                  **Deputy Clerk**

**APPROVED:  /s/ J. Phil Gilbert**
                  **J. PHIL GILBERT**
                  **U.S. District Judge**